NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000172
13-AUG-2012
10:51 AM**

NO. CAAP-10-0000172

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ZACHARY FRED BAILEY,
Plaintiff-Appellee,

vs.

BURRELLE DAVID DUVAUCHELLE,
Trustee under Duvauchelle Family Trust u/d/t dated
August 14, 2008; BETTY J. DUVAUCHELLE, Trustee under
Living Trust of Burrelle Duvauchelle and Betty Duvauchelle
u/d/t dated 7/1/91,
Defendant-Appellant,

and

LAURENCE H. DORCY, JR.; JOHN DOES 1-10;
JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10;
DOE ASSOCIATES 1-10 AND DOE GOVERNMENTAL AGENCIES 1-10,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 06-1-0218(1))

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, and Fujise and Reifurth, JJ.)

The Summary Disposition Order of the court, filed on
June 29, 2012, is hereby amended as follows:

1.   On page 3, in the fifth line, the word "of" should
be inserted between "favor" and "Bailey" so that as corrected,
the text reads as follows: ". . . in favor of Bailey on his claim
. . . ."

2.    On page 3, in lines seventeen and eighteen, the word "referenced" should be replaced with the word "included" in both instances so that as corrected, the text reads as follows: ". . . , which is included in the deeds in Bailey's chain of title, but is not included in the deeds in the Duvauchelles' chain of title."

The clerk of the court is directed to incorporate the foregoing changes in the original opinion and take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, August 13, 2012.

*Craig H. Nakamura*
Chief Judge

*[signature]*
Associate Judge

*[signature]*
Associate Judge

2